# EXHIBIT B

# Time Record



# Young Marr Mallis and Associates

3554 Hulmeville Road Suite 102
Bensalem, PA 19020

Michael & Leah Vitale
648 Pine Street
Bristol, PA 19007

### 02976-Vitale

### Chapter 13 Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/08/2020 | py | BK: Supp Fee: Amending debtor's chapter 13 to to reflect 50k gift from debtor's father and changing distribution to unsecured creditors from pro-rata to 100%. Preparing motion to modify debtor's chapter 13 plan. | 2.50 | $250.00 | $625.00 |
| 12/08/2020 | py | BK: Supp Fee: Preparing objection to POC No. 5. | 1.00 | $250.00 | $250.00 |
| 12/09/2020 | py | BK: Supp Fee: Preparing objection to POC No. 6. | 1.00 | $250.00 | $250.00 |
| 03/25/2022 | TK | BK: Supp Fee: Amending debtor's plan to extend the term beyond the 5 year commitment period. | 1.50 | $100.00 | $150.00 |
| 03/25/2022 | TK | BK: Supp Fee: Preparing second motion to modify debtor's plan post-confirmation. | 1.50 | $100.00 | $150.00 |
| 05/05/2022 | py | BK: Supp Fee: Preparing motion to vacate relief from automatic stay (Wells Fargo | 2.00 | $250.00 | $500.00 |
| 08/04/2022 | TK | BK: Supp Fee: Preparing third motion to modify debtor's chapter 13 plan - amending debtor's plan to repay outstanding trustee payments through the remaining months of the plan. | 1.00 | $100.00 | $100.00 |
| | | **Quantity Subtotal** | 10.5 | | |
| | | **Quantity Total** | 10.5 | | |
| | | **Subtotal** | | | $2,025.00 |
| | | **Invoice Discount** | | | -$1,025.00 |
| | | **Total** | | | $1,000.00 |